**No. 23-7051**                          **September Term, 2022**

**1:22-cv-00777-ABJ**
**1:22-cv-01540-ABJ**

**Filed On: May 4, 2023** [1997805]

Nia Lucas,

     Appellant

    v.

American Federation of Government
Employees, (AFGE) and AFGE Local 228,

     Appellees

------------------------------

Consolidated with 23-7054

## **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                    BY:    /s/
                             Laura M. Morgan
                             Deputy Clerk