# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-7051**                                      **September Term, 2023**

1:22-cv-00777-ABJ
1:22-cv-01540-ABJ

**Filed On:** October 19, 2023

Nia Lucas,

        Appellant

        v.

American Federation of Government Employees, (AFGE) and AFGE Local 228,

        Appellees

------------------------------

Consolidated with 23-7054

       **BEFORE:**     Henderson, Pillard, and Pan, Circuit Judges

### O R D E R

       Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply; the cross-motion for summary reversal and the opposition thereto; the lodged corrected opposition and cross-motion for summary reversal; the motion to strike that pleading and the opposition thereto, which includes a motion for leave to file out of time; and the motion for leave to participate as amicus curiae, the opposition thereto, the reply, and the lodged amicus brief, it is

       **ORDERED** that the motion to strike be denied and the motion for leave to file out of time be granted. The Clerk is directed to file the lodged corrected opposition and cross-motion for summary reversal. It is

       **FURTHER ORDERED** that the motion for leave to participate as amicus curiae be granted. The Clerk is directed to file the lodged amicus brief. It is

       **FURTHER ORDERED** that the motions for summary disposition be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-7051**                  **September Term, 2023**

      Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel. The Equal Employment Opportunity Commission is invited to file an amicus curiae brief in accordance with Fed. R. App. P. 29.

**<u>Per Curiam</u>**